# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 24, 2008

135350 & (19)

JOAN L. BENNETT,
      Plaintiff-Appellee,
      Cross-Appellee,

v

LAKE MICHIGAN PACKAGING PRODUCTS,
INC., and FREMONT COMPENSATION GROUP/
MICHIGAN PROPERTY & CASUALTY
GUARANTY ASSOCIATION/ACCIDENT FUND,
      Defendants-Appellants,
      Cross-Appellees,

v

STONE CONTAINER CORPORATION and
INSURANCE COMPANY OF THE STATE OF
PENNSYLVANIA,
      Defendants-Appellees,
      Cross-Appellants.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 135350
COA: 278089
WCAC: 05-000331

On order of the Court, the application for leave to appeal the October 18, 2007 order of the Court of Appeals and the application for leave to appeal as cross-appellant are considered, and they are DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 24, 2008

t0317

Clerk